## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | |
| Plaintiff,     ) | |
|      )  | 8:07CR152 |
| vs.     ) | |
|      ) | ORDER |
| BOBBY T. McCARTHER,     ) | |
| Defendant.     ) | |

This matter is before the court on the motion [11] of J. William Gallup for leave to withdraw as counsel for the defendant. Substitute counsel, Matthew R. Kahler, has entered an appearance.

**IT IS ORDERED:**

1. The Motion to Withdraw [11] is granted, and the appearance of J. William Gallup is hereby deemed withdrawn.

2. The provisions and deadlines set in the case progression order [7] remain in effect.

**DATED May 21, 2007.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**