IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:07CR152 |
| | ) | |
| BOBBY T. McCARTHER, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

    Before the court is a Motion to Extend Time to Respond [32] to Defendant's Motion for Bill of Particulars [31]. The defendant has no objection to the motion.

    IT IS ORDERED that the Motion to Extend Time to Respond [32] is granted. The government's response to the defendant's Motion for Bill of Particulars shall be due on or before August 10, 2007.

    DATED this 18th day of July, 2007.

                                                BY THE COURT:

                                                s/ F.A. Gossett
                                                United States Magistrate Judge