IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:07CR152** |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| **BOBBY T. McCARTHER,** | ) | |
| Defendant. | ) | |

This matter is before the Court on the government's motion for preliminary forfeiture (Filing No. 43).

IT IS ORDERED that the government's motion for preliminary forfeiture (Filing No. 43) is held in abeyance pending disposition of the Second Superseding Indictment.

DATED this 28th day of November, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge