IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 8:07CR152 |
| BOBBY T. McCARTHER, | ) ) | **ORDER** |
| Defendant. | ) ) | |

    Before the court is the government's Motion to Extend Time to Respond [75]. The defendant has no objection to the continuance. Good cause being shown, the motion will be granted.

    IT IS ORDERED that the government's Motion to Extend Time to Respond [75] is granted. The government shall filed their response to defendant's Motion for Bill of Particulars [65], Motion to Compel Disclosure of Informants [67], Motion to Sever Charges [69] and Motion to Suppress Search and Statement [71] on or before **January 30, 2008**.

    DATED this 8th day of January, 2008.

                                            BY THE COURT:

                                            s/ F.A. Gossett
                                            United States Magistrate Judge