IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 8:07CR152 |
| BOBBY T. McCARTHER, | ) ) ) ) | **REPORT AND RECOMMENDATION AND ORDER** |
| Defendant. | ) | |

    At the conclusion of the hearing on February 26, 2008, on defendant's Motion for Bill of Particulars [65] , Motion to Compel Disclosure of Informants [67], Motion to Sever Charges [69] and Motion to Suppress Search and Statement [71], I stated my conclusions on the record and my decision to recommend that all four of the above-mentioned motions be denied. In accordance with that announcement,

    IT IS RECOMMENDED to the Honorable Laurie Smith Camp, United States District Judge, that the Motion for Bill of Particulars [65] , Motion to Compel Disclosure of Informants [67], Motion to Sever Charges [69] and Motion to Suppress Search and Statement [71] be denied in all respects.

    FURTHER, IT IS ORDERED:

    1.  The clerk shall cause an expedited transcript of the hearing to be prepared and filed.

    2.  Pursuant to NECrimR 57.3, any objection to this Report and Recommendation shall be filed with the Clerk of the Court within ten (10) days after the transcript is available to counsel. Failure to timely object may constitute a waiver of any such objection. The brief in support of any objection shall be filed at the time of filing such objection. Failure to file a brief in support of any objection may be deemed an abandonment of the objection.

    DATED this 26th day of February, 2008.

                                      BY THE COURT:

                                      s/ F.A. Gossett
                                      United States Magistrate Judge