UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CR152 |
| | ) | |
| vs. | ) | **FINAL ORDER OF** |
| | ) | **FORFEITURE** |
| | ) | |
| BOBBY T. McCARTHER, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court upon the United States' Motion for Final Order of Forfeiture (Filing No. 113).  The Court reviews the record in this case and, being duly advised in the premises, find as follows:

1.  On May 9, 2008, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 21, United States Code, Sections 846, 853, Title 18, United States Code, Section 924(d) and Title 28, United States Code, 2461(c), based upon the Defendant's plea of guilty to Counts I, VI, VII and VIII of the Second Superceding Indictment filed herein.  By way of said Preliminary Order of Forfeiture, the Defendants' interests in a 1970 Chevrolet Impala, VIN 164690J169808,  $38,775.00 in United States currency and a .357 Magnum Dan Wesson revolver, serial no. 163902, were forfeited to the United States.

2.  On June 5, 12 and 19, 2008, the United States published in a newspaper of general circulation notice of this forfeiture and of the intent of the United States to dispose of the properties in accordance with the law, and further notifying all third parties of their right to petition the Court within the stated period of time for a hearing to adjudicate the

validity of their alleged legal interest(s) in said properties.  An Affidavit of Publication was filed herein on July 21, 2008 (Filing No. 112).

3.  The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

IT IS ORDERED:

A.  The Plaintiff's Motion for Final Order of Forfeiture (Filing No. 113) is hereby sustained.

B.   All right, title and interest in and to the 1970 Chevrolet Impala, VIN 164690J169808,   $38,775.00 in United States currency and the .357 Magnum Dan Wesson revolver, serial no. 163902, held by any person or entity, is hereby forever barred and foreclosed.

C.  The  1970 Chevrolet Impala, VIN 164690J169808,  $38,775.00 in United States currency and the .357 Magnum Dan Wesson revolver, serial no. 163902 , be, and the same hereby are, forfeited to the United States of America .

D.  The United States Marshal for the District of Nebraska is directed to dispose of said properties in accordance with law.

DATED this 24th day of July, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge